UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-240-MOC

| | |
|---|---|
| TIMOTHY HARRIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN COLVIN, )<br>ACTING COMMISSIONER )<br>OF SOCIAL SECURITY, )<br>)<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Motion to Reverse and Remand this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 7). Plaintiff does not oppose the Motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to Reverse and Remand, (Doc. No. 7), is **GRANTED**. Pursuant to this Court's power to reverse the Commissioner's decision in Social Security actions under 42 U.S.C. § 405(g), this Court **REVERSES** the Commissioner's decision and **REMANDS** the case to the Commissioner for further proceedings.

Furthermore, the Clerk shall terminate Plaintiff's Brief, docketed as a motion. (Doc. No. 5).

Signed: January 26, 2025

Max O. Cogburn Jr.
United States District Judge